UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLLY MCBRIDE-CRAWFORD,<br><br>        Plaintiff,<br><br>        -against-<br><br>GENERAL MILLS CEREALS OPERATIONS, INC.,<br><br>        Defendant. | Civil Action No. 12-cv-01180-WMS<br><br>**<u>CORPORATE DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 5.1(e), Defendant, by and through its counsel, hereby notifies this Court that Defendant General Mills Cereals Operations, Inc., is not a proper party to this employment discrimination and retaliation case because it never employed Plaintiff. General Mills Operations, LLC, is the entity which employed Plaintiff. General Mills Operations, LLC, is a wholly-owned subsidiary of The Pillsbury Company, LLC. The Pillsbury Company, LLC, is a wholly-owned subsidiary of General Mills, Inc. General Mills, Inc. is the parent corporation and no publicly held corporation owns more than ten percent of General Mills, Inc.'s stock.

Date:  March 7, 2013
          Rochester, New York

                                              /s/Pamela S.C. Reynolds
                                              Margaret A. Clemens
                                              Pamela S.C. Reynolds
                                              LITTLER MENDELSON, P.C.
                                              400 Linden Oaks
                                              Suite 110
                                              Rochester, NY 14625
                                              585.203.3400

                                              *Attorneys for Defendant*

118902716.1